

**KRISTA BOLLES**
Associate
(212) 415-9304
bolles.krista@dorsey.com

December 23, 2020

<u>VIA ECF</u>

Hon. Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Brian Fischler v. Freedom Debt Relief, LLC*, 20-cv-5844-DG-RML

Dear Judge Levy:

    We represent Defendant Freedom Debt Relief, LLC in the above-captioned matter. We write pursuant to Rule 2(E) of Your Honor's Individual Rules to request an extension of time to respond to the Complaint.

    The current deadline for Freedom Debt Relief, LLC to respond to the Complaint is January 7, 2021. We requests an extension of this deadline until February 26, 2021 to allow Freedom Debt Relief, LLC adequate time to prepare a response to the Complaint. This is Freedom Debt Relief's first request for an extension of time to respond to the Complaint. Plaintiff consents to this request.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  */s/ Krista E. Bolles*
                                  Krista E. Bolles

Cc: Christopher H. Lowe (via ECF)

4811-7037-1541\1